UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: NATIONAL PRESCRIPTION OPIATE
LITIGATION                                                                                           MDL No. 2804

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO −84)

On December 5, 2017, the Panel transferred 62 civil action(s) to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 290 F.Supp.3d 1375 (J.P.M.L. 2017). Since that time, 1,328 additional action(s) have been transferred to the Northern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable Dan A. Polster.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge Polster.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of December 5, 2017, and, with the consent of that court, assigned to the Honorable Dan A. Polster.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION  MDL No. 2804

### SCHEDULE CTO−84 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| **CALIFORNIA SOUTHERN** | | | |
| CAS | 3 | 19−00420 | The City of San Diego et al v. Purdue Pharma L.P. et al |
| **MAINE** | | | |
| ME | 1 | 19−00096 | KENNEBEC COUNTY v. PURDUE PHARMA LP et al |
| ME | 2 | 19−00092 | CITY OF BIDDEFORD v. PURDUE PHARMA LP et al |
| ME | 2 | 19−00093 | CUMBERLAND COUNTY v. PURDUE PHARMA LP et al |
| **MASSACHUSETTS** | | | |
| MA | 1 | 18−12538 | Blue Cross and Blue Shield of Louisiana et al v. Insys Therapeutics, Inc. et al |
| MA | 1 | 19−10398 | City of Beverly v. Amerisourcebergen Drug Corporation et al |
| **MISSISSIPPI NORTHERN** | | | |
| MSN | 1 | 19−00044 | Chickasaw County, Mississippi v. Amerisourcebergen Drug Corporation et al |
| MSN | 1 | 19−00045 | Lee County, Mississippi v. Amerisourcebergen Drug Corporation et al |
| MSN | 1 | 19−00046 | City of Starkville, Mississippi v. Amerisourcebergen Drug Corporation et al |
| MSN | 1 | 19−00047 | City of Shannon, Mississippi v. Amerisourcebergen Drug Corporation et al |
| MSN | 1 | 19−00048 | City of Verona, Mississippi v. Amerisourcebergen Drug Corporation et al |
| MSN | 1 | 19−00050 | City of Nettleton, Mississippi v. Amerisourcebergen Drug Corporation et al |
| MSN | 3 | 19−00042 | Yalobusha County, Mississippi v. Amerisourcebergen Drug Corporation et al |
| MSN | 3 | 19−00044 | Tate County, Mississippi v. Amerisourcebergen Drug Corporation et al |

| | | | |
|---|---|---|---|
| MSN | 3 | 19−00045 | Panola County, Mississippi v. Amerisourcebergen Drug Corporation et al |
| MSN | 4 | 19−00034 | Carroll County, Mississippi v. Amerisourcebergen Drug Corporation et al |

MISSISSIPPI SOUTHERN

| | | | |
|---|---|---|---|
| MSS | 1 | 19−00120 | George County, Mississippi v. Amerisourcebergen Drug Corporation et al |

NEW YORK NORTHERN

| | | | |
|---|---|---|---|
| NYN | 1 | 19−00273 | The County of Albany, New York v. Cardinal Health, Inc. et al |